UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 MAY -9 PM 4:09

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIF

BY: /s/ PM   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JUAN CARLOS LARA-VALENCIA,<br><br>                    Defendant. | CASE NO. 12-cr-01275-H<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment/Information:

　　8:1326(a) and (b) - Deported Alien Found in the United States (Felony)

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/9/12

_____
David H. Bartick
U.S. Magistrate Judge